CT Corporation

# Service of Process Transmittal

03/25/2022
CT Log Number 541293465

**TO:** Sara Miemiec, Litigation Director ACCIDENT CLAIMS
Schneider National, Inc.
3101 South Packerland Drive
Green Bay, WI 54304-

**RE:** Process Served in Illinois

**FOR:** SCHNEIDER NATIONAL CARRIERS, INC. (Domestic State: NV)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | ALFREDO MIRANDA, father and next friend of EMILY MIRANDA, minor vs. DONALD C. ANTLE |
| **DOCUMENT(S) SERVED:** | -- |
| **COURT/AGENCY:** | None Specified<br>Case # 2022L002474 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/25/2022 at 02:01 |
| **JURISDICTION SERVED:** | Illinois |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/25/2022, Expected Purge Date: 03/30/2022 |
| | Image SOP |
| | Email Notification, Allicia DeLeon deleona1@schneider.com |
| | Email Notification, Kerry Byng byngk@schneider.com |
| | Email Notification, Meghan Hellmann hellmannm@schneider.com |
| | Email Notification, Lydia Reif reifl@schneider.com |
| | Email Notification, Tory Salerno salernov@schneider.com |
| | Email Notification, Hilary Suring suringh@schneider.com |
| **REGISTERED AGENT ADDRESS:** | C T Corporation System<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604<br>866-331-2303<br>CentralTeam1@wolterskluwer.com |

Page 1 of 2 / VE

 CT Corporation

**Service of Process Transmittal**
03/25/2022
CT Log Number 541293465

TO: Sara Miemiec, Litigation Director ACCIDENT CLAIMS
Schneider National, Inc.
3101 South Packerland Drive
Green Bay, WI 54304-

RE: **Process Served in Illinois**

FOR: SCHNEIDER NATIONAL CARRIERS, INC. (Domestic State: NV)

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Mar 25, 2022

**Server Name:** Sheriff Drop

| Entity Served | SCHNEIDER NATIONAL CARRIERS, INC. |
|---|---|
| Case Number | 2022L002474 |
| Jurisdiction | IL |



This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

| STATE OF ILLINOIS, CIRCUIT COURT<br><br>Cook _____ COUNTY | SUMMONS | For Court Use Only<br>* 5 0 1 5 1 9 1 2 *<br>FILED<br>3/14/2022 1:15 PM<br>IRIS Y. MARTINEZ<br>CIRCUIT CLERK<br>COOK COUNTY, IL<br>17068670 |
|---|---|---|
| **Instructions ▼**<br>Enter above the county name where the case was filed. | ALFREDO MIRANDA, father and next friend of EMILY MIRANDA, minor<br>**Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v.<br><br>DONALD C. ANTLE, and SCHNEIDER NATIONAL CARRIERS, INC.<br>**Defendant / Respondent** *(First, middle, last name)* | **2022L002474**<br><br>**Case Number** |
| Enter the names of all people you are suing as Defendants/Respondents. | | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/.<br><br>E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org.<br><br>Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help.<br><br>If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In 1a, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:**<br>a. Defendant/Respondent's primary address/information for service:<br>Name *(First, Middle, Last)*: Schneider National Carriers, Inc.<br>Registered Agent's name, if any: C T Coropration System<br>Street Address, Unit #: 208 SO LaSalle Street, Suite 814<br>City, State, ZIP: Chicago, Illinois 60604<br>Telephone: _____ Email: _____ |
|---|---|
| In 1b, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here:<br>Name *(First, Middle, Last)*: _____<br>Street Address, Unit #: _____<br>City, State, ZIP: _____<br>Telephone: _____ Email: _____ |
| In 1c, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent:<br>☑ Sheriff ☐ Sheriff outside Illinois: _____<br>                                                              County & State<br>☐ Special process server ☐ Licensed private detective |

| | | |
|---|---|---|
| In **2**, enter the amount of money owed to you. | **2.** **Information about the lawsuit:** Amount claimed: $ 50,001.00 | * 5 0 1 5 1 9 1 2 * |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3.** **Contact information for the Plaintiff/Petitioner:** Name *(First, Middle, Last)*: James M. Urtis Street Address, Unit #: 20 N. Clark Street, Suite 3000 City, State, ZIP: Chicago, Illinois 60602 Telephone: (312) 346-4500     Email: Jamesurtis@urtislaw.com | |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*. To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
|---|---|

| | | |
|---|---|---|
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4.** **Instructions for person receiving this *Summons* (Defendant):** [✓] a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served *(not counting the day of service)* by e-filing or at: Address: 50 W. Washington Street, #801 City, State, ZIP: Chicago, Illinois 60602 | |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | [ ] b. Attend court: On: _____ at _____ [ ] a.m. [ ] p.m. in _____    Date      Time            Courtroom **In-person at:** _____ *Courthouse Address  City         State  ZIP* OR | |
| In **4b**, fill out: • The court date and time the clerk gave you. • The courtroom and address of the court building. • The call-in or video information for remote appearances (if applicable). • The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"): By telephone: _____ *Call-in number for telephone remote appearance* By video conference: _____ *Video conference website* _____ *Video conference log-in information (meeting ID, password, etc.)* Call the Circuit Clerk at: _____ or visit their website *Circuit Clerk's phone number* at: _____ to find out more about how to do this. *Website* | |

| | | |
|---|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____ **Clerk of the Court:** 3/14/2022 1:15 PM IRIS Y. MARTINEZ _____ | *Seal of Court* |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date. Date of Service: _____ *(Date to be entered by an officer or process server on the copy of this Summons left with the Defendant or other person.)* | |

SU-S 1503.2                Page 2 of 4               (06/21)

This form is approved by the Illinois Supreme Court and is required to be accepted in all courts.

Case: 1:22-cv-01895 Document #: 1-1 Filed: 04/13/22 Page 6 of 15 PageID #:9

| STATE OF ILLINOIS, CIRCUIT COURT Cook COUNTY | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only<br>* 5 0 1 5 1 9 1 2 * |
|---|---|---|
| **Instructions** | ALFREDO MIRANDA, father and next friend of EMILY MIRANDA, minor | |
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | |
| Enter the names of all people you are suing as Defendants/Respondents. | DONALD C. ANTLE, and SCHNEIDER NATIONAL CARRIERS, INC.<br>**Defendant / Respondent** *(First, middle, last name)* | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
 *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

 ☐ Personally on the Defendant/Respondent:
  Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____ Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____

 ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address, Unit#: _____
  City, State, ZIP: _____
  And left it with: _____
   *First, Middle, Last*
  Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____ Race: _____
  and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

 ☐ On the Corporation's agent, _____
   *First, Middle, Last*
  Male ☐   Female ☐   Non-Binary ☐   Approx. Age: _____ Race: _____
  On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
  Address: _____
  City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:

☐ **I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:**

_____
*First, Middle, Last*

* 5 0 1 5 1 9 1 2 *

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____

| DO NOT complete this section. The sheriff or private process server will complete it. |
|---|

If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury.

| Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony. |
|---|

**By:**

*Signature by:* _____
☐ Sheriff
☐ Sheriff outside Illinois: _____
*County and State*
☐ Special process server
☐ Licensed private detective

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

_____
*Print Name*

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Courts.

Case: 1:22-cv-01895 Document #: 1-1 Filed: 04/13/22 Page 8 of 15 PageID #:11

| STATE OF ILLINOIS, CIRCUIT COURT | SUMMONS | For Court Use Only |
|---|---|---|
| Cook COUNTY | | * 5 0 1 5 1 9 1 2 * FILED 3/14/2022 1:15 PM IRIS Y. MARTINEZ CIRCUIT CLERK COOK COUNTY, IL 17068670 |

| **Instructions** ▼ | ALFREDO MIRANDA, father and next friend of EMILY MIRANDA, minor | |
|---|---|---|
| Enter above the county name where the case was filed. | **Plaintiff / Petitioner** *(First, middle, last name)* | |
| Enter your name as Plaintiff/Petitioner. | v. | **2022L002474** |
| Enter the names of all people you are suing as Defendants/Respondents. | DONALD C. ANTLE, and SCHNEIDER NATIONAL CARRIERS, INC. **Defendant / Respondent** *(First, middle, last name)* | **Case Number** |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** *(Check this box if this is not the 1st Summons issued for this Defendant.)* | |

| **IMPORTANT INFORMATION:** | There may be court fees to start or respond to a case. If you are unable to pay your court fees, you can apply for a fee waiver. You can find the fee waiver application at: illinoiscourts.gov/documents-and-forms/approved-forms/. E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit illinoislegalaid.org. Call or text Illinois Court Help at 833-411-1121 for information about how to go to court including how to fill out and file forms. You can also get free legal information and legal referrals at illinoislegalaid.org. |
|---|---|
| **Plaintiff/Petitioner:** | Do not use this form in an eviction, small claims, detinue, divorce, or replevin case. Use the *Eviction Summons, Small Claims Summons, or Summons Petition for Dissolution of Marriage / Civil Union* available at illinoiscourts.gov/documents-and-forms/approved-forms. If your case is a detinue or replevin, visit illinoislegalaid.org for help. If you are suing more than 1 Defendant/Respondent, fill out a *Summons* form for each Defendant/Respondent. |

| In **1a**, enter the name and address of a Defendant/Respondent. If you are serving a Registered Agent, include the Registered Agent's name and address here. | 1. **Defendant/Respondent's address and service information:** a. Defendant/Respondent's primary address/information for service: Name *(First, Middle, Last)*: Schneider National Carriers, Inc. Registered Agent's name, if any: C T Coropration System Street Address, Unit #: 208 SO LaSalle Street, Suite 814 City, State, ZIP: Chicago, Illinois 60604 Telephone: _____ Email: _____ |
|---|---|
| In **1b**, enter a second address for Defendant/Respondent, if you have one. | b. If you have more than one address where Defendant/Respondent might be found, list that here: Name *(First, Middle, Last)*: _____ Street Address, Unit #: _____ City, State, ZIP: _____ Telephone: _____ Email: _____ |
| In **1c**, check how you are sending your documents to Defendant/Respondent. | c. Method of service on Defendant/Respondent: ☑ Sheriff ☐ Sheriff outside Illinois: _____ *County & State* ☐ Special process server ☐ Licensed private detective |

SU-S 1503.2          Page 1 of 4          (06/21)

| | |
|---|---|
| In **2**, enter the amount of money owed to you. | **2. Information about the lawsuit:**<br>Amount claimed: $ 50,001.00 |
| In **3**, enter your complete address, telephone number, and email address, if you have one. | **3. Contact information for the Plaintiff/Petitioner:**<br>Name *(First, Middle, Last)*: James M. Urtis<br>Street Address, Unit #: 20 N. Clark Street, Suite 3000<br>City, State, ZIP: Chicago, Illinois 60602<br>Telephone: (312) 346-4500    Email: Jamesurtis@urtislaw.com |

**GETTING COURT DOCUMENTS BY EMAIL:** You should use an email account that you do not share with anyone else and that you check every day. If you do not check your email every day, you may miss important information, notice of court dates, or documents from other parties.

| | |
|---|---|
| **Important information for the person getting this form** | You have been sued. Read all of the documents attached to this *Summons*.<br>To participate in the case, you must follow the instructions listed below. If you do not, the court may decide the case without hearing from you and you could lose the case. *Appearance* and *Answer/Response* forms can be found at: illinoiscourts.gov/documents-and-forms/approved-forms/. |
| Check **4a** or **4b**. If Defendant/Respondent only needs to file an *Appearance* and *Answer/Response* within 30 days, check box **4a**. Otherwise, if the clerk gives you a court date, check box **4b**. | **4. Instructions for person receiving this *Summons* (Defendant):**<br>☑ a. To respond to this *Summons*, you must file *Appearance* and *Answer/Response* forms with the court within 30 days after you have been served (*not counting the day of service*) by e-filing or at:<br>Address: 50 W. Washington Street, #801<br>City, State, ZIP: Chicago, Illinois 60602 |
| In **4a**, fill out the address of the court building where the Defendant may file or e-file their *Appearance* and *Answer/Response*. | ☐ b. Attend court:<br>On: _____ at _____ ☐ a.m. ☐ p.m. in _____<br>   Date    Time              Courtroom<br>**In-person at:**<br>_____<br>*Courthouse Address*   *City*    *State*   *ZIP*<br>OR |
| In **4b**, fill out:<br>• The court date and time the clerk gave you.<br>• The courtroom and address of the court building.<br>• The call-in or video information for remote appearances (if applicable).<br>• The clerk's phone number and website. All of this information is available from the Circuit Clerk. | **Remotely** (You may be able to attend this court date by phone or video conference. This is called a "Remote Appearance"):<br>By telephone: _____<br>        *Call-in number for telephone remote appearance*<br>By video conference: _____<br>        *Video conference website*<br>_____<br>*Video conference log-in information (meeting ID, password, etc.)*<br>Call the Circuit Clerk at: _____ or visit their website<br>            *Circuit Clerk's phone number*<br>at: _____ to find out more about how to do this.<br>   *Website* |

| | |
|---|---|
| **STOP!** The Circuit Clerk will fill in this section. | **Witness this Date:** _____    *Seal of Court*<br>**Clerk of the Court:** 3/14/2022 1:15 PM IRIS Y. MARTINEZ |
| **STOP!** The officer or process server will fill in the Date of Service. | This *Summons* must be served within 30 days of the witness date.<br>Date of Service: _____<br>(Date to be entered by an officer or process server on the copy of this *Summons* left with the Defendant or other person.) |

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois Circuit Courts.

Case: 1:22-cv-01895 Document #: 1-1 Filed: 04/13/22 Page 10 of 15 PageID #:18

| STATE OF ILLINOIS, CIRCUIT COURT | PROOF OF SERVICE OF SUMMONS AND COMPLAINT/PETITION | For Court Use Only *5015 1912* |
|---|---|---|
| Cook COUNTY | | |

| Instructions | | |
|---|---|---|
| Enter above the county name where the case was filed. | ALFREDO MIRANDA, father and next friend of EMILY MIRANDA, minor **Plaintiff / Petitioner** (First, middle, last name) | |
| Enter your name as Plaintiff/Petitioner. | | |
| Enter the names of all people you are suing as Defendants/Respondents. | v. DONALD C. ANTLE, and SCHNEIDER NATIONAL CARRIERS, INC. **Defendant / Respondent** (First, middle, last name) | |
| Enter the Case Number given by the Circuit Clerk. | ☐ **Alias Summons** (Check this box if this is not the 1st Summons issued for this Defendant.) | **Case Number** |

**\*\*Stop. Do not complete the form. The sheriff or special process server will fill in the form.\*\***

**My name is** _____ **and I state**
   *First, Middle, Last*

☐ I served the *Summons* and Complaint/Petition on the Defendant/Respondent
_____ **as follows:**
*First, Middle, Last*

    ☐ Personally on the Defendant/Respondent:
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____

    ☐ On someone else at the Defendant/Respondent's home who is at least 13 years old and is a family member or lives there:
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address, Unit#: _____
    City, State, ZIP: _____
    And left it with: _____
    *First, Middle, Last*
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    and by sending a copy to this defendant in a postage-paid, sealed envelope to the above address on _____ , 20 _____ .

    ☐ On the Corporation's agent, _____
    *First, Middle, Last*
    Male ☐ Female ☐ Non-Binary ☐ Approx. Age: _____ Race: _____
    On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
    Address: _____
    City, State, ZIP: _____

Enter the Case Number given by the Circuit Clerk:

☐ I was not able to serve the *Summons* and Complaint/Petition on Defendant/Respondent:

\* 5 0 1 5 1 9 1 2 \*

_____
*First, Middle, Last*

I made the following attempts to serve the *Summons* and Complaint/Petition on the Defendant/Respondent:

1. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

2. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

3. On this date: _____ at this time: _____ ☐ a.m. ☐ p.m.
   Address: _____
   City, State, ZIP: _____
   Other information about service attempt: _____
   _____
   _____
   _____

| | |
|---|---|
| **DO NOT** complete this section. The sheriff or private process server will complete it. | If you are a special process server, sheriff outside Illinois, or licensed private detective, your signature certifies that everything on the *Proof of Service of Summons* is true and correct to the best of your knowledge. You understand that making a false statement on this form could be perjury. |

**By:**

*Signature by:* _____
☐ Sheriff
☐ Sheriff outside Illinois: _____

_____
*County and State*
☐ Special process server
☐ Licensed private detective

_____
*Print Name*

**FEES**
Service and Return: $ _____
Miles _____ $ _____
Total $ 0.00

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

If *Summons* is served by licensed private detective or private detective agency:
License Number: _____

\* 5 0 1 5 1 9 1 2 \*
FILED
3/14/2022 1:15 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
17068670

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ALFREDO MIRANDA, as father and next friend of EMILY MIRANDA, minor, | )<br>)<br>) |
| Plaintiff, | )<br>) NO. 2022L002474 |
| v. | )<br>) |
| DONALD C. ANTLE, and SCHNEIDER NATIONAL CARRIERS, INC., | ) Hearing Date: 5/18/2022 9:30 AM<br>)<br>) |
| Defendants. | ) |

## COMPLAINT AT LAW

Plaintiff, ALFREDO MIRANDA, as father and next friend of EMILY MIRANDA, minor, by and through his attorney, JAMES M. URTIS, ESQ., as and for his complaint versus Defendants, DONALD C. ANTLE, and SCHNEIDER NATIONAL CARRIERS, INC., states:

1. That at all times relevant, the Plaintiff, ALFREDO MIRANDA, as father and next friend of EMILY MIRANDA, resided in the County of Cook, State of Illinois.

2. That at all times relevant, the Defendant, DONALD C. ANTLE, was an individual residing in the County of Boulder, State of Colorado.

3. That at all times relevant, the Defendant, SCHNEIDER NATIONAL CARRIERS, INC., was a Wisconsin corporation engaged in the business of trucking, headquartered in the County of Brown, State of Wisconsin.

4. That at all times relevant, DONALD C. ANTLE, was a

driver employed by SCHNEIDER NATIONAL CARRIERS, INC.

5. That on March 16, 2020, Western Avenue was a street running in a general north and south direction in the County of Cook, State of Illinois.

6. That on March 16, 2020, the Plaintiff, ALFREDO MIRANDA, owned, operated, maintained and controlled a motor vehicle traveling southbound on Western Avenue, in the right lane, in the County of Cook, State of Illinois; EMILY MIRANDA was a passenger of said motor vehicle.

7. That on March 16, 2020, the Defendant, DONALD C. ANTLE, operated, maintained and controlled a semi truck traveling southbound on Western Avenue, in the left lane, next to Plaintiff's motor vehicle, in the County of Cook, State of Illinois.

8. That on March 16, 2020, the Defendant, DONALD C. ANTLE, while attempting to change lanes to his right, violently struck Plaintiff's motor vehicle as Plaintiff, ALFREDO MIRANDA, proceeded southbound on Western Avenue.

9. That on March 16, 2020, the semi truck operated, maintained and controlled by the Defendant, DONALD C. ANTLE, failed to keep a proper look out, and in so doing, struck, directly, the rear left of the motor vehicle owned, operated, maintained and controlled by the Plaintiff, ALFREDO MIRANDA.

10. That on March 16, 2020, the Defendants owed the

Plaintiff a duty to own, operate, maintain, and control her motor vehicle in accordance with the motor vehicle code.

11. That on March 16, 2020, the Defendants breached the foregoing duty in one or more of the following particulars:

    (a) Failed to drive upon a highway at a reasonable and proper speed with regard to traffic conditions and use of the highway and endangered the safety of the person and property of the Plaintiff, contrary to and in violation of 625 ILCS 5/11-601;

    (b) Failed to exercise due care, contrary to and in violation of 625 ILCS 5/11-1003.1

    (c) Failed to change lanes properly as by moving into an lane that was occupied by another motor vehicle;

    (d) Failed to keep a proper lookout; and

    (e) Failed to otherwise exercise reasonable care in the maintenance, operation and control of a vehicle.

12. That as a direct and proximate result of the negligence, the Plaintiff, EMILY MIRANDA, suffered disability; disfigurement; pain and suffering, reasonably certain to be experienced in the future; emotional distress, reasonably certain to be experienced in the future; expenses for necessary medical care, treatment, and services rendered, reasonably certain to continue; the reasonable expense of necessary help which has been required as a result of the injury, reasonably

certain to be required in the future; and fair market value of personal property.

WHEREFORE, the Plaintiff, ALFREDO MIRANDA, as father and next friend of EMILY MIRANDA, minor, prays that this Honorable Court enter a judgment in their favor and against the Defendant for an amount in excess of Fifty Thousand Dollars ($50,000.00), together with costs, attorney fees, and whatever other relief this Honorable Court deems equitable.

Respectfully submitted,

By: /s/ James M. Urtis
JAMES M. URTIS, ESQ.

James M. Urtis, Esq.
LAW OFFICES OF JAMES M. URTIS, ESQ.
20 North Clark Street
Suite 3000
Chicago, Illinois 60602
Tel: (312) 346-4500
Fax: (312) 346-4505
Attorney No. 29437